HENRY DEBBE, Respondent, *v.* FREDERICK DEBBE, Appellant.

(Argued December 17, 1872; decided December 24, 1872.)

THIS was a motion by appellant to dismiss appeal upon

affidavit that plaintiff had released the claim and acknowledged satisfaction of judgment below. The motion was resisted by plaintiff's attorney, who claimed a lien for his costs, and that the alleged settlement was fraudulent, and made to deprive him of costs. The case presented no grounds for appeal, and it appeared plaintiff was in extreme poverty and almost an imbecile. The court granted the motion upon payment of costs to respondent's attorney to the time of motion, and ten dollars costs of opposing, with proviso that if the condition was not complied with in twenty days these motions be denied, with ten dollars costs; the parties being remitted to the court below to test the validity of the satisfaction piece.

*John H. Reynolds* for motion.

*Mr. Sackman* opposed.

ALLEN, J., reads opinion for dismissal on payment of costs, and ten dollars costs of motion; if not paid within twenty days, then for denial of motion with ten dollars costs.

All concur.

Ordered accordingly.